# BRIDGESTONE

| | | | | | |
|---|---|---|---|---|---|
| BRIDGESTONE RETAIL OPERATIONS, LLC. | PAY PERIOD | 11/2017 | W-4 DATA | FED | STATE |
| 333 East Lake Street | PERIOD START | 06/01/2017 | MARITAL STATUS | M | |
| Bloomingdale, IL | | | ALLOWANCES | 04 | 00 |
| 60108 | PERIOD END | 06/15/2017 | EXEMPT | N | N |
| TEAMMATE TYPE  SALARY FT EXEMPT | PAY DATE | 06/15/2017 | ADDL AMT/PCT  OVER AMT/PCT | | |

| TEAMMATE | GARY V FLORES | | |
|---|---|---|---|
| ADDRESS | 1106 CHEDDAR RIDGE DR | UNIV | 00292400 |
| CITY/STATE/ZIP | SPRING TX 77379 | CLOCK NO | |
| DEPARTMENT | SS 4762 | | |

| EARNINGS | ADJUSTMENT PERIOD | RATE | HOURS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|
| Salary Earnings | | | | 2,678.00 | 28,990.00 |
| StoreMgr Bonus Half Final | | | | | 237.00 |
| Store Manager Bonus | | | | | 2,855.00 |
| Spif Old 050 | | | | | 84.00 |
| Spif Old 08Q | | | | | 17.50 |
| Spif Old 08R | | | | | 152.00 |
| Tire Spiff | | | | | 426.75 |
| Spif T10 | | | | | 8.00 |
| TOTAL | | | | 2,678.00 | 32,770.25 |

| DEDUCTIONS | ADJUSTMENT PERIOD | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|
| Medical | | -224.17 | -2,465.87 |
| Vision | | -6.45 | -70.95 |
| Dental | | -32.00 | -352.00 |
| Tax Savings | | -133.90 | -1,638.52 |
| TOTAL DEDUCTIONS | | -396.52 | -4,527.34 |

| TAXES - TAX AUTH | ADJUSTMENT PERIOD | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|
| Withholding Tax - FED | | -149.00 | -2,420.16 |
| Social Security Tax - FED | | -150.14 | -1,856.92 |
| Medicare Tax - FED | | -35.11 | -434.28 |
| TOTAL TAXES | | -334.25 | -4,711.36 |

| TAX BASE ADJUSTMENTS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|
| Imputed Income | 6.27 | 68.97 |

| TAX BASES | MEDICARE | SOCIAL SECURITY | FEDERAL | STATE | LOCAL |
|---|---|---|---|---|---|
| Current Amount | 2,421.65 | 2,421.65 | 2,287.75 | | |
| Adjustments | | | | | |
| Year To Date | 29,950.40 | 29,950.40 | 28,311.88 | | |

| NET PAY | BANK KEY | ACCOUNT NO | AMOUNT |
|---|---|---|---|
| Bank Transfer | 111900659 | **5783 | 1,947.23 |

**BRIDGESTONE**

| BRIDGESTONE RETAIL OPERATIONS, LLC. | PAY PERIOD | 12/2017 | W-4 DATA | FED | STATE |
|---|---|---|---|---|---|
| 333 East Lake Street | PERIOD START | 06/16/2017 | MARITAL STATUS | M | |
| Bloomingdale, IL | | | ALLOWANCES | 04 | 00 |
| 60108 | PERIOD END | 06/30/2017 | EXEMPT | N | N |
| | | | ADDL AMT/PCT | | |
| TEAMMATE TYPE  SALARY FT EXEMPT | PAY DATE | 06/30/2017 | OVER AMT/PCT | | |

| TEAMMATE | GARY V FLORES | | |
|---|---|---|---|
| ADDRESS | 1106 CHEDDAR RIDGE DR | UNIV | 00292400 |
| CITY/STATE/ZIP | SPRING TX 77379 | CLOCK NO | |
| DEPARTMENT | SS 4762 | | |

| EARNINGS | ADJUSTMENT PERIOD | RATE | HOURS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|
| Salary Earnings | | | | 2,678.00 | 31,668.00 |
| StoreMgr Bonus Half Final | | | | | 237.00 |
| Store Manager Bonus | 04/16/2017-04/30/2017 | | | 1,245.00 | |
| Store Manager Bonus | | | | | 4,100.00 |
| Spif Old 050 | | | | | 84.00 |
| Spif Old 08Q | | | | | 17.50 |
| Spif Old 08R | | | | | 152.00 |
| Tire Spiff | 05/16/2017-05/31/2017 | | | 123.50 | |
| Tire Spiff | | | | | 550.25 |
| Spif T10 | | | | | 8.00 |
| TOTAL | | | | 4,046.50 | 36,816.75 |

| DEDUCTIONS | ADJUSTMENT PERIOD | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|
| Medical | | -224.17 | -2,690.04 |
| Vision | | -6.45 | -77.40 |
| Dental | | -32.00 | -384.00 |
| Tax Savings | | -202.33 | -1,840.85 |
| TOTAL DEDUCTIONS | | -464.95 | -4,992.29 |

| TAXES - TAX AUTH | ADJUSTMENT PERIOD | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|
| Withholding Tax - FED | | -468.51 | -2,888.67 |
| Social Security Tax - FED | | -234.99 | -2,091.91 |
| Medicare Tax - FED | | -54.96 | -489.24 |
| TOTAL TAXES | | -758.46 | -5,469.82 |

| TAX BASE ADJUSTMENTS | | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|
| Imputed Income | | 6.27 | 75.24 |

| TAX BASES | MEDICARE | SOCIAL SECURITY | FEDERAL | STATE | LOCAL |
|---|---|---|---|---|---|
| Current Amount | 3,790.15 | 3,790.15 | 3,587.82 | | |
| Adjustments | | | | | |
| Year To Date | 33,740.55 | 33,740.55 | 31,899.70 | | |

| NET PAY | BANK KEY | ACCOUNT NO | AMOUNT |
|---|---|---|---|
| Bank Transfer | 111900659 | **5783 | 2,823.09 |

# BRIDGESTONE

| BRIDGESTONE RETAIL OPERATIONS, LLC. | PAY PERIOD | 10/2017 | W-4 DATA | FED | STATE |
|---|---|---|---|---|---|
| 333 East Lake Street<br>Bloomingdale, IL<br>60108 | PERIOD START | 05/16/2017 | MARITAL STATUS<br>ALLOWANCES<br>EXEMPT | M<br>04<br>N | <br>00<br>N |
| | PERIOD END | 05/31/2017 | ADDL AMT/PCT | | |
| TEAMMATE TYPE   SALARY FT EXEMPT | PAY DATE | 05/31/2017 | OVER AMT/PCT | | |

| TEAMMATE | GARY V FLORES | | |
|---|---|---|---|
| ADDRESS | 1106 CHEDDAR RIDGE DR | UNIV | 00292400 |
| CITY/STATE/ZIP | SPRING TX 77379 | CLOCK NO | |
| DEPARTMENT | SS 4762 | | |

| EARNINGS | ADJUSTMENT PERIOD | RATE | HOURS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|
| Salary Earnings | | | | 2,678.00 | 26,312.00 |
| StoreMgr Bonus Half Final | | | | | 237.00 |
| Store Manager Bonus | 03/16/2017-03/31/2017 | | | 975.00 | |
| Store Manager Bonus | | | | | 2,855.00 |
| Spif Old 050 | 04/16/2017-04/30/2017 | | | 51.00 | |
| Spif Old 050 | | | | | 84.00 |
| Spif Old 08Q | 04/16/2017-04/30/2017 | | | 17.50 | |
| Spif Old 08Q | | | | | 17.50 |
| Spif Old 08R | 04/16/2017-04/30/2017 | | | 72.00 | |
| Spif Old 08R | | | | | 152.00 |
| Tire Spiff | 04/16/2017-04/30/2017 | | | 157.00 | |
| Tire Spiff | | | | | 426.75 |
| Spif T10 | | | | | 8.00 |
| **TOTAL** | | | | **3,950.50** | **30,092.25** |

| DEDUCTIONS | ADJUSTMENT PERIOD | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|
| Medical | | -224.17 | -2,241.70 |
| Vision | | -6.45 | -64.50 |
| Dental | | -32.00 | -320.00 |
| Tax Savings | | -197.53 | -1,504.62 |
| **TOTAL DEDUCTIONS** | | **-460.15** | **-4,130.82** |

| TAXES - TAX AUTH | ADJUSTMENT PERIOD | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|
| Withholding Tax - FED | | -427.83 | -2,271.16 |
| Social Security Tax - FED | | -229.03 | -1,706.78 |
| Medicare Tax - FED | | -53.57 | -399.17 |
| **TOTAL TAXES** | | **-710.43** | **-4,377.11** |

| TAX BASE ADJUSTMENTS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|
| Imputed Income | 6.27 | 62.70 |

| TAX BASES | MEDICARE | SOCIAL SECURITY | FEDERAL | STATE | LOCAL |
|---|---|---|---|---|---|
| Current Amount | 3,694.15 | 3,694.15 | 3,496.62 | | |
| Adjustments | | | | | |
| Year To Date | 27,528.75 | 27,528.75 | 26,024.13 | | |

| NET PAY | BANK KEY | ACCOUNT NO | AMOUNT |
|---|---|---|---|
| Bank Transfer | 111900659 | **5783 | 2,779.92 |

# BRIDGESTONE

| BRIDGESTONE RETAIL OPERATIONS, LLC.<br>333 East Lake Street<br>Bloomingdale, IL<br>60108<br><br>TEAMMATE TYPE  SALARY FT EXEMPT | PAY PERIOD       10/2017<br>PERIOD START  05/16/2017<br>PERIOD END    05/31/2017<br>PAY DATE        05/31/2017 | W-4 DATA                          FED    STATE<br>MARITAL STATUS          M<br>ALLOWANCES              04     00<br>EXEMPT                  N      N<br>ADDL AMT/PCT<br>OVER AMT/PCT |
|---|---|---|

| TEAMMATE | GARY V FLORES | | |
|---|---|---|---|
| ADDRESS | 1106 CHEDDAR RIDGE DR | | UNIV  00292400 |
| CITY/STATE/ZIP | SPRING TX 77379 | | CLOCK NO |
| DEPARTMENT | SS 4762 | | |

| BRIDGESTONE RETAIL OPERATIONS, LLC. | PAY PERIOD | 09/2017 | W-4 DATA | FED | STATE |
|---|---|---|---|---|---|
| 333 East Lake Street | PERIOD START | 05/01/2017 | MARITAL STATUS | M | |
| Bloomingdale, IL | | | ALLOWANCES | 04 | 00 |
| 60108 | PERIOD END | 05/15/2017 | EXEMPT | N | N |
| TEAMMATE TYPE  SALARY FT EXEMPT | PAY DATE | 05/15/2017 | ADDL AMT/PCT | | |
| | | | OVER AMT/PCT | | |

| TEAMMATE | GARY V FLORES | | |
|---|---|---|---|
| ADDRESS | 1106 CHEDDAR RIDGE DR | UNIV | 00292400 |
| CITY/STATE/ZIP | SPRING TX 77379 | CLOCK NO | |
| DEPARTMENT | SS 4762 | | |

| EARNINGS | ADJUSTMENT PERIOD | RATE | HOURS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|
| Salary Earnings | | | | 2,678.00 | 23,634.00 |
| StoreMgr Bonus Half Final | | | | | 237.00 |
| Store Manager Bonus | | | | | 1,880.00 |
| Spif Old 050 | | | | | 33.00 |
| Spif Old 08R | | | | | 80.00 |
| Tire Spiff | | | | | 269.75 |
| Spif T10 | | | | | 8.00 |
| TOTAL | | | | 2,678.00 | 26,141.75 |

| DEDUCTIONS | ADJUSTMENT PERIOD | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|
| Medical | | -224.17 | -2,017.53 |
| Vision | | -6.45 | -58.05 |
| Dental | | -32.00 | -288.00 |
| Tax Savings | | -133.90 | -1,307.09 |
| TOTAL DEDUCTIONS | | -396.52 | -3,670.67 |

| TAXES - TAX AUTH | ADJUSTMENT PERIOD | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|
| Withholding Tax - FED | | -149.00 | -1,843.33 |
| Social Security Tax - FED | | -150.15 | -1,477.75 |
| Medicare Tax - FED | | -35.11 | -345.60 |
| TOTAL TAXES | | -334.26 | -3,666.68 |

| TAX BASE ADJUSTMENTS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|
| Imputed Income | 6.27 | 56.43 |

| TAX BASES | MEDICARE | SOCIAL SECURITY | FEDERAL | STATE | LOCAL |
|---|---|---|---|---|---|
| Current Amount | 2,421.65 | 2,421.65 | 2,287.75 | | |
| Adjustments | | | | | |
| Year To Date | 23,834.60 | 23,834.60 | 22,527.51 | | |

| NET PAY | BANK KEY | ACCOUNT NO | AMOUNT |
|---|---|---|---|
| Bank Transfer | 111900659 | **5783 | 1,947.22 |

**BRIDGESTONE**

| BRIDGESTONE RETAIL OPERATIONS, LLC.<br>333 East Lake Street<br>Bloomingdale, IL<br>60108<br>TEAMMATE TYPE  SALARY FT EXEMPT | PAY PERIOD  08/2017<br>PERIOD START  04/16/2017<br>PERIOD END  04/30/2017<br>PAY DATE  04/28/2017 | W-4 DATA<br>MARITAL STATUS<br>ALLOWANCES<br>EXEMPT<br>ADDL AMT/PCT<br>OVER AMT/PCT | FED<br>M<br>04<br>N | STATE<br><br>00<br>N |

| TEAMMATE | GARY V FLORES |
|---|---|
| ADDRESS | 1106 CHEDDAR RIDGE DR |
| CITY/STATE/ZIP | SPRING TX 77379 |
| DEPARTMENT | SS 4762 |

UNIV  00292400
CLOCK NO

| EARNINGS | ADJUSTMENT PERIOD | RATE | HOURS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|
| Salary Earnings | | | | 2,678.00 | 20,956.00 |
| StoreMgr Bonus Half Final | | | | | 237.00 |
| Store Manager Bonus | | | | | 1,880.00 |
| Spif Old 050 | | | | | 33.00 |
| Spif Old 08R | 03/16/2017-03/31/2017 | | | 40.00 | |
| Spif Old 08R | | | | | 80.00 |
| Tire Spiff | 03/16/2017-03/31/2017 | | | 163.75 | |
| Tire Spiff | | | | | 269.75 |
| Spif T10 | 03/16/2017-03/31/2017 | | | 8.00 | |
| Spif T10 | | | | | 8.00 |
| **TOTAL** | | | | **2,889.75** | **23,463.75** |

| DEDUCTIONS | ADJUSTMENT PERIOD | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|
| Medical | | -224.17 | -1,793.36 |
| Vision | | -6.45 | -51.60 |
| Dental | | -32.00 | -256.00 |
| Tax Savings | | -144.49 | -1,173.19 |
| **TOTAL DEDUCTIONS** | | **-407.11** | **-3,274.15** |

| TAXES - TAX AUTH | ADJUSTMENT PERIOD | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|
| Withholding Tax - FED | | -179.17 | -1,694.33 |
| Social Security Tax - FED | | -163.27 | -1,327.60 |
| Medicare Tax - FED | | -38.19 | -310.49 |
| **TOTAL TAXES** | | **-380.63** | **-3,332.42** |

| TAX BASE ADJUSTMENTS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|
| Imputed Income | 6.27 | 50.16 |

| TAX BASES | MEDICARE | SOCIAL SECURITY | FEDERAL | STATE | LOCAL |
|---|---|---|---|---|---|
| Current Amount | 2,633.40 | 2,633.40 | 2,488.91 | | |
| Adjustments | | | | | |
| Year To Date | 21,412.95 | 21,412.95 | 20,239.76 | | |

| NET PAY | BANK KEY | ACCOUNT NO | AMOUNT |
|---|---|---|---|
| Bank Transfer | 111900659 | **5783 | 2,102.01 |

# BRIDGESTONE

| BRIDGESTONE RETAIL OPERATIONS, LLC.<br>333 East Lake Street<br>Bloomingdale, IL<br>60108<br>TEAMMATE TYPE  SALARY FT EXEMPT | PAY PERIOD  07/2017<br>PERIOD START  04/01/2017<br>PERIOD END  04/15/2017<br>PAY DATE  04/14/2017 | W-4 DATA<br>MARITAL STATUS<br>ALLOWANCES<br>EXEMPT<br>ADDL AMT/PCT<br>OVER AMT/PCT | FED<br>M<br>04<br>N | STATE<br><br>00<br>N |
|---|---|---|---|---|

| TEAMMATE | GARY V FLORES | | |
|---|---|---|---|
| ADDRESS | 1106 CHEDDAR RIDGE DR | UNIV | 00292400 |
| CITY/STATE/ZIP | SPRING TX 77379 | CLOCK NO | |
| DEPARTMENT | SS 4762 | | |

| EARNINGS | ADJUSTMENT PERIOD | RATE | HOURS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|
| Salary Earnings | | | | 2,678.00 | 18,278.00 |
| StoreMgr Bonus Half Final | | | | | 237.00 |
| Store Manager Bonus | | | | | 1,880.00 |
| Spif Old 050 | | | | | 33.00 |
| Spif Old 08R | | | | | 40.00 |
| Tire Spiff | | | | | 106.00 |
| TOTAL | | | | 2,678.00 | 20,574.00 |

| DEDUCTIONS | ADJUSTMENT PERIOD | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|
| Medical | | -224.17 | -1,569.19 |
| Vision | | -6.45 | -45.15 |
| Dental | | -32.00 | -224.00 |
| Tax Savings | | -133.90 | -1,028.70 |
| TOTAL DEDUCTIONS | | -396.52 | -2,867.04 |

| TAXES - TAX AUTH | ADJUSTMENT PERIOD | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|
| Withholding Tax - FED | | -149.00 | -1,515.16 |
| Social Security Tax - FED | | -150.14 | -1,164.33 |
| Medicare Tax - FED | | -35.11 | -272.30 |
| TOTAL TAXES | | -334.25 | -2,951.79 |

| TAX BASE ADJUSTMENTS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|
| Imputed Income | 6.27 | 43.89 |

| TAX BASES | MEDICARE | SOCIAL SECURITY | FEDERAL | STATE | LOCAL |
|---|---|---|---|---|---|
| Current Amount | 2,421.65 | 2,421.65 | 2,287.75 | | |
| Adjustments | | | | | |
| Year To Date | 18,779.55 | 18,779.55 | 17,750.85 | | |

| NET PAY | BANK KEY | ACCOUNT NO | AMOUNT |
|---|---|---|---|
| Bank Transfer | 111900659 | **5783 | 1,947.23 |